# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # 6

------------------------------------------------

BARCLAY

USCA NO. _____

SDNY NO. 07cv11537
JUDGE: KMW
DATE: 2/04/2008

-v-

THE STATE OF NEW YORK ET AL

------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
FIRM _____APPEALS SECTION_____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. (212) 805-0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENTS                                                    DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

(✓) Original Record                    (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the  4th  Day of February, 2008.

United States District Court for
the Southern District of New York
-------------------------------------------------------

BARCLAY

　　　　　　　　　-v-

THE STATE OF NEW YORK ET AL
-------------------------------------------------------

Date: __2/04/2008__

U.S.C.A. # _____

U.S.D.C. # __07cv11537__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __4th__ Day of __February__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
　　　　Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11537-KMW
### Internal Use Only

Barclay v. The State of New York et al
Assigned to: Judge Kimba M. Wood
Demand: $600,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/26/2007
Date Terminated: 12/26/2007
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by H. Patrick Barclay.(jeh) (Entered: 01/08/2008) |
| 12/26/2007 | 2 | COMPLAINT against The City of New York, Martha E. Stark, Jane Cob, Jane Rob, Gibbons, 204 West 133 Street LLC, Bank of New York, Eric, Chicago Title Insurance, Perry(Grievance Supervisor), Perry(10 Building), Food Administrator, Nurse Administrator, Office Mainville, John Sub, John Too, Bullis, Richards, Mullen, Walsh, The State of New York, Polono, Ryerson, Lau, Dr. Kooi, Jane Doc, John Dow, Wolczil, John Lab, Glen S. Goord, John Roe, John Rob, Odell H. Etim, Victor Soto, Joseph A. Cofino, John Doe. Document filed by H. Patrick Barclay.(jeh) (Entered: 01/08/2008) |
| 12/26/2007 | | Magistrate Judge Douglas F. Eaton is so designated. (jeh) (Entered: 01/08/2008) |
| 12/26/2007 | 3 | ORDER OF DISMISSAL; I grant plaintiff's request to proceed in forma pauperis, but accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2) for reasons set forth in this order. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/26/2007) (jeh) (Entered: 01/08/2008) |
| 12/26/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/26/2007) (jeh) (Entered: 01/08/2008) |
| 01/25/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint). Document filed by H. Patrick Barclay. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 02/04/2008) |
| 01/25/2008 | | Appeal Remark as to 5 Notice of Appeal filed by H. Patrick Barclay. $455.00 APPEAL FEE DUE. IFP REVOKED 12/26/07. (tp) (Entered: 02/04/2008) |
| 02/04/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/04/2008) |
| 02/04/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/04/2008) |
| 02/04/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/04/2008) |